CR 18-00260 EJD VKD    E-FILING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### vs.

### NAHEED MANGI



FILED

JUN 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## INDICTMENT

COUNT ONE: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)(I) - Intentional Damage to a Protected Computer)

COUNT TWO: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)(II) - Intentional Damage to a Protected Computer

COUNT THREE:   (18 U.S.C. § 1030(a)(2)(C) – Accessing a Protected Computer Without Authorization and Obtaining Information) (Class A Misdemeanor)

*A true bill.*

_____ *Foreperson*

*Filed in open court this* ___14th___ *day of* _June___
*A.D. 201_8_

_____
*United States Magistrate Judge*

**Bail. $** _No bail arrest warrant_

_____

E-FILING

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2

3

4         CR 18 00260 EJD VKD

5         SEALED BY ORDER            FILED
6
          OF COURT                   JUN 14 2018
7

8              UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )  No.
                                     )
12        Plaintiff,                 )  VIOLATIONS: 18 U.S.C. §§ 1030(a)(5)(A),
                                     )  (c)(4)(B)(i), & (c)(4)(A)(i)(I) – Intentional Damage to
13   v.                              )  a Protected Computer; 18 U.S.C. §§ 1030(a)(5)(A),
                                     )  (c)(4)(B)(i), & (c)(4)(A)(i)(II) – Intentional Damage
14  NAHEED MANGI,                    )  to a Protected Computer; 18 U.S.C. § 1030(a)(2)(C) –
                                     )  Accessing a Protected Computer Without
15        Defendant.                 )  Authorization and Obtaining Information (Class A
                                     )  Misdemeanor)
16                                   )
    _____)  SAN JOSE VENUE
17

18                          I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)(I) - Intentional Damage to a
                Protected Computer)
21

22       On or about August 19, 2013, in the Northern District of California and elsewhere, the

23  defendant,

24                          NAHEED MANGI,

25  knowingly caused the transmission of a program, information, code, and command, and, as a result of

26  such conduct, intentionally caused damage without authorization to protected computers of Cmed

27  Technology, and caused loss to one or more persons during a one-year period affecting protected

28  computers aggregating at least $5,000 in value.  Specifically, MANGI changed data, including

    INDICTMENT

1   confidential health information, and added unauthorized comments into the clinical research database

2   for Patient Number 001 in the Stanford Cancer Institute's clinical study known as Velvet Breast Cancer

3   MO27782 Study.

4        In violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B)(i), and

5   (c)(4)(A)(i)(I).

6   COUNT TWO: (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)(II) - Intentional Damage to a
                    Protected Computer)
7

8        On or about August 19, 2013, in the Northern District of California and elsewhere, the defendant,

9                                   NAHEED MANGI,

10  knowingly caused the transmission of a program, information, code, and command, and, as a result of

11  such conduct, intentionally caused damage without authorization to protected computers of Cmed

12  Technology, and caused the modification and impairment, and potential modification and impairment,

13  of the medical examination, diagnosis, treatment, and care, of one or more individuals.  Specifically,

14  MANGI changed data, including confidential health information, and added unauthorized comments

15  into the clinical research database for Patient Number 001 in the Stanford Cancer Institute's clinical

16  study known as Velvet Breast Cancer MO27782 Study.

17       In violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B)(i), and

18  (c)(4)(A)(i)(II).

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                                  3

1  COUNT THREE:  (18 U.S.C. § 1030(a)(2)(C) – Accessing a Protected Computer Without Authorization
   and Obtaining Information) (Class A Misdemeanor)

2

3      On or about August 19, 2013, in the Northern District of California and elsewhere, the defendant,

4                                    NAHEED MANGI,

5  intentionally accessed a protected computer without authorization, and thereby obtained information.

6  Specifically, MANGI used the Internet to log into a clinical research database hosted by Cmed

7  Technology in order to view medical records belonging to a patient participating in the Stanford Cancer

8  Institute's clinical study known as the Velvet Breast Cancer MO27782 Study.

9      In violation of Title 18, United States Code, Section 1030(a)(2)(C).

10  DATED: 6-14-18                              A TRUE BILL.

11

12                                              FOREPERSON

13

14  ALEX G. TSE
    Acting United States Attorney

15

16

17  JOHN H. HEMANN
    Deputy Chief, Criminal Division

18

19  (Approved as to form:                        )
                        AUSA SUSAN KNIGHT

20

21

22

23

24

25

26

27

28

    INDICTMENT                        3

SEALED BY ORDER OF COURT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

### OFFENSE CHARGED

Count One: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)
(I) - Intentional Damage to a Protected Computer
Count Two: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), & (c)(4)(A)(i)
(II)
Count Three: 18 U.S.C. § 1030(a)(2)(C) – Accessing a
Protected Computer Without Authorization and Obtaining
Information (Class A Misdemeanor) ⊞

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Counts One and Two: 10 years' imprisonment, $250K fine, 3 years
of supervised release and $100 special assessment
Count Three: One year imprisonment, $100L fine, 1 year of
supervised release, and $25 special assessment.

### DEFENDANT - U.S

NAHEED MANGI

DISTRICT COURT NUMBER

CR 18 00260

EJD

VKD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

United States Secret Service Special Agent Luis Correa

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Alex G. Tse (Acting USA)

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Susan Knight

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

JUN 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments: