E-FILING

**United States District Court**
**Northern District of California**



FILED
JUN 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. NAHEED MANGI

**Case Number:** CR 18 00260 EJD VKD

**Total Number of Defendants:**
1 ✓     2-7 ☐     8 or more ☐

**Is This Case Under Seal?**
Yes ✓     No ☐

SEALED BY ORDER OF COURT

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐     No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ☐     OAK ☐     SJ ✓     EUR ☐     MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐     No ✓

**Assigned AUSA (Lead Attorney):**
Susan Knight

**Is this a RICO Act gang case?**
Yes ☐     No ✓

**Date Submitted:**
June 14, 2018

**Comments:**

Save   Print   Clear Form

July 2013