

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

NAHEED MANGI

        Defendant.

Case No.  5:18-cr-00260 EJD

**ADMITTED TRIAL EXHIBIT LIST**

*United States v. Naheed Mangi*
**5:18-cr-00260 EJD**

**ADMITTED TRIAL EXHIBIT LIST**

| Exhibit | Description | Date Admitted | Witness(es) |
|---------|-------------|---------------|-------------|
| 001 | 2013-08-19 Chang Letter to Mangi re Employment Termination (MANGI00025-0026) | 02/12/2025 | Pei-Jen Chang* |
| 008 | Excel Spreadsheet, *Copy of Roche Load Balancer Logs* (MANGI00835-866) | 02/14/2025 | Tim Corbett-Clark* |
| 008A | Excel Spreadsheet, *Copy of Roche Access Logs* (MANGI00365) | 02/14/2025 | Tim Corbett-Clark* |
| 010 | CD of Recording of 2013-10-14 Floerchinger Telephone Interview of Naheed Mangi (MANGI00368) | 02/14/2025 | Scott Floerchinger* |
| 012 | Search Warrant Return & Photographs, pp. 3-46 (MANGI00286-329) | 02/18/2025 | Scott Floerchinger* Pei-Jen Chang Mark Pegram |
| 013 | AT&T Internet Services Report, pp. 4-28 only (MANGI00912-937) | 02/18/2025 | Scott Floerchinger* |
| 017 | Apple Macbook Pro computer (Serial No. C1MK5XFHDTY3) | 02/18/2025 | Scott Floerchinger* |
| 017A | Photograph of bottom of Apple Macbook Pro computer | 02/18/2025 | Scott Floerchinger* |
| 018 | Samsung laptop computer (Serial No. ZYPX93BB104473Z) | 02/18/2025 | Scott Floerchinger* Thomas Daurelio |
| 018A | Photograph of back of Samsung computer | 02/19/2025 | Thomas Daurelio* |
| 022C | Video excerpts (clips 1-10) from 2016-01-25 Video Deposition of Naheed Mangi | 02/19/2025 | Hieu Tran Williams* |

* Sponsoring Witnesses

TRIAL EXHIBIT LIST

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| 025B | Attachment(s) (Screenshots) to 2013-08-20 Chang Email to Bischoff, et al. | 02/12/2025 | Pei-Jen Chang*<br>Tim Corbett-Clark<br>Melinda Tilli<br>Mark Pegram |
| 025 | 2013-08-20 Chang email to Bischoff et al. re Urgent: MO27782 Clinical data-possible breach of GCP/Dr. Pegram, Sledge (MANGI01642) - (Redacted) (*top portion of email on pg. 1 only*) | 02/12/2025 | Pei-Jen Chang* |
| 029 | 2013-10-04 EDD Appeal Form | 02/19/2025 | Thomas Daurelio* |
| 029A | EDD Appeal Form | 02/19/2025 | Thomas Daurelio* |
| 030 | 2013-09-30 EDD Release of Information Form | 02/19/2025 | Thomas Daurelio* |
| 030A | EDD Release of Information Form | 02/19/2025 | Thomas Daurelio* |
| 035 | Summary Chart: Exhibits 8A and 25B | 02/14/2025 | Tim Corbett-Clark* |
| 039 | 2013-08-19 Chang Email to Burton re MO27782/PI: George Sledge (former-Pegram) site#247864 (MANGI01811-012) | 02/12/2025 | Pei-Jen Chang* |