UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>NAHEED MANGI,<br><br>　　Defendant. | CASE NO. 5:18-cr-00260 EJD<br><br>VERDICT FORM |

### COUNT ONE – INTENTIONAL DAMAGE TO A PROTECTED COMPUTER

We, the Jury, unanimously find the defendant Naheed Mangi,

　　　GUILTY: __✓__　　　NOT GUILTY: _____

of the crime of Intentional Damage to a Protected Computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B)(i), and (c)(4)(A)(i)(I), as charged in Count One of the Indictment.

* * * * *

### COUNT TWO – INTENTIONAL DAMAGE TO A PROTECTED COMPUTER

We, the Jury, unanimously find the defendant Naheed Mangi,

　　　GUILTY: __✓__　　　NOT GUILTY: _____

of the crime of Intentional Damage to a Protected Computer, in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B)(i), and (c)(4)(A)(i)(II), as charged in Count Two of the Indictment.

* * * * *

### COUNT THREE – ACCESSING A PROTECTED COMPUTER WITHOUT AUTHORIZATION AND OBTAINING INFORMATION

We, the Jury, unanimously find the defendant Naheed Mangi,

　　　GUILTY: __✓__　　　NOT GUILTY: _____

of the crime of Accessing a Protected Computer without Authorization and Obtaining Information, in violation of Title 18, United States Code, Section 1030(a)(2)(C), as charged in Count Three of the Indictment.

1

* * * * *

When this form is completed, the presiding juror should date and sign it and advise the Court that you have reached a verdict.

DATED: 2/21/2025

_____
PRESIDING JUROR