UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>NAHEED MANGI,<br><br>　　Defendant. | CASE NO. 5:18-CR-00260 EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL EXHIBIT FILING DEADLINE |

　　Pursuant to Northern District of California Criminal Local Rule 55-1, and Civil Local Rule 5-1(g), trial exhibits are ordinarily required to be filed on the docket within ten (10) court days of a trial verdict, unless otherwise ordered by the Court. The trial verdict in the above-captioned case was returned on **February 21, 2025**, requiring exhibits to be filed by **March 3, 2025**. Parties respectfully request an extension of approximately two (2) months.

　　If the requested extension is granted, the parties will continue to work diligently to meet the filing deadline of **May 5, 2025**.

　　IT IS SO STIPULATED.

DATED: April 4, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PATRICK D. ROBBINS
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　MATTHEW CHANG
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED: April 4, 2025　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　CARLEEN R. ARLIDGE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: April 4, 2025

   _____
   HON. EDWARD J. DAVILA
   United States Senior District Judge