**PROPERTY REPORT**
**OFFICE OF THE SHERIFF**
**SANTA CLARA COUNTY**

PAGE____ of ____ PAGES

☒ EVIDENCE    ☐ STORED    ☐ RECOVERED    ☐ FOUND    ☒ RECEIPT GIVEN ☐ Y ☐ N    ☐ FINDERS CLAIM ☐ Y ☐ N

| VICTIM/RP STANFORD University | | TYPE CRIME 502 PC | REPORT/BEAT NO 13-194 |
| --- | --- | --- | --- |
| ADDRESS 800 Welch Rd | | | RES. PHONE |
| CITY/STATE/ZIP PaLO ALTO CA 94304 | | | BUS. PHONE |
| SUSPECT Naheed A. MANGI | | DOB ▮▮▮ | BKG NO. |
| ADDRESS ▮▮▮▮▮▮ | | | RES. PHONE |
| CITY/STATE/ZIP ▮▮▮▮ | | | BUS. PHONE |

| BADGE/ITEM | ITEM-COMPLETE DESCRIPTION-MISSING PARTS | BAR CODE/BIN |
| --- | --- | --- |
| #133  1 of | APPLE LAPTOP- Silver MACBOOK -PRO  SERIAL # C1MK5XFHDTY3 | |
| #133  2 of | SAMSUNG LAPTOP QX410 Silver + BLACK  Serial # ZYPX93BB1044737 | |
| #133  3 of | IMAC DESKTOP COMPUTER 20" model # A1224  Serial # YM9245PFDTF | |
| | | |
| | | |

| SUBMITTED BY: | BADGE/CJIC# | DATE/TIME | TOTAL PKS | RECEIVED BY | EVIDENCE CLERK | DATE/TIME |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

## DO NOT WRITE BELOW THIS LINE

1. There must be a report number on this form for identification.
2. Use only black ball point pen or typewriter to fill out this form.
3. Itemize and describe all property, including serial numbers and I.D. marks. *DO NOT* use more than one section for each item .
4. Place narcotics, guns and fingerprints in separate evidence container.
5. Place money in money envelope and follow the instructions printed on the outside.
6. Identify the article or evidence bag with a property tag on which are written the report number and particular item number(s).
7. Seal the evidence bag.
8. List in the box provided on the form to report the total number of separate packages of evidence being submitted on each form.
9. Indicate the page number and total number of pages being submitted by you.
10. The second (2nd) and fourth (4th) copies of the property report are to be submitted with the evidence. The remaining copies of the report are to be placed in the new reports box.

























SR13-14434









MANGI000294

SR13-1443F









SR13-1443F







SR13-1443F





Tr. Ex. 12-015    MANGI000298









MANGI000300









Tr. Ex. 12-019          MANGI000302



〈Roche〉

F. HOFFMANN-LA ROCHE LTD
CLINICAL STUDY PROTOCOL

Protocol Number MO27782 [VELVET Study]
RO 43-68451

PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number: BB-IND 9900

PROTOCOL

Protocol Number: MO27782

〈Roche〉

**F. HOFFMANN-LA ROCHE LTD**
**CLINICAL STUDY PROTOCOL**

**Protocol Number MO27782 [VELVET Study]**
**RO 43-68451**

## PERTUZUMAB

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of pertuzumab given in combination with trastuzumab and vinorelbine in first line patients with HER2-positive advanced (metastatic or locally advanced) breast cancer.
**EUDRACT NUMBER: 2011-003308-18**
**IND Number: BB-IND 9900**

## PROTOCOL

Protocol Number: MO27782

Tr. Ex. 12-020

MANGI000303



⟨Roche⟩

**F. HOFFMANN-LA ROCHE LTD**
**CLINICAL STUDY PROTOCOL**

Protocol Number MO27782 [VELVET Study]
RO 43-68451

**PERTUZUMAB**

A two-cohort, open-label, multicenter Phase II trial assessing the efficacy and safety of
pertuzumab given in combination with trastuzumab and vinorelbine in first line patients
with HER2-positive advanced (metastatic or locally advanced) breast cancer.
EUDRACT NUMBER: 2011-003308-18
IND Number BB-IND 9900

**PROTOCOL**

Protocol Number: MO27782
Version 3.0
Date: 23 Jan 2013

| Sponsor: | F. HOFFMANN-LA ROCHE LTD Grenzacherstrasse, CH-4070, Basel Switzerland | |
|---|---|---|
| Name: | Signature: | Date: |
| Anja Alexandra Dünne Senior International Medical Leader | | 29/11/2018 |
| Ulrich Freudensprung Senior Statistician | | 29/01/2013 |

This protocol is intended for use in a life-threatening indication:   Yes ☑   No ☐

**Confidentiality Statement:** The information contained in this document, especially unpublished data, is the property of F. Hoffmann-La Roche Ltd (or under its control), and therefore provided to you in confidence as an investigator, potential investigator or consultant, for review by you, your staff and an applicable Independent Ethics Committee/Institutional Review Board. It is understood that this information will not be disclosed to others without written authorization from Roche except to the extent necessary to obtain informed consent from those persons to whom the investigational product may be administered.

MO27782 (VELVET) Protocol (Final Version 3.0, 23 Jan 2013)                    Page 1 of 105

















MODEL CODE:NP-QX410-S02US

S/N:ZYPX93BB104473Z          Jan. 2011

Made in China / Fabriqué en Chine

Windows® 7 Home Prem OA
Samsung Electronics          BA68-05408A

Product Key YWDF2-83M4M-V3YP8-PHRGB-X9366    X16-96072
00196-140-719-040









SR13 - 1443F







MANGI000310





## PROPERTY REPORT
### OFFICE OF THE SHERIFF
### SANTA CLARA COUNTY

☒ EVIDENCE  ☐ STORED  ☐ RECOVERED  ☐ FOUND  ☒ RECEIPT GIVEN ☐ Y ☐ N  ☐ FINDERS CLAIM ☐ Y ☐ N

| BADGE/ITEM | ITEM-COMPLETE DESCRIPTION-MISSING PARTS |
| --- | --- |

---

STATE OF CALIFORNIA - COUNTY OF SANTA CLARA, SW NO.

# SEARCH WARRANT

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF SANTA CLARA:**

Proof by affidavit and under penalty of perjury having been sworn to this day below me by Stanford University Dept. of Public Safety Detective Scott Roechinger that there is probable cause for believing that the property and/or person described below may be found at the location(s) set forth below and is lawfully seizable pursuant to Penal Code Section 1524 as indicated below by "x"(s) in that it:

☐ was stolen or embezzled

☐ was used as the means of committing a felony

☐ is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery

☒ tends to show that a felony has been committed or that a particular person has committed a felony

☐ tends to show that sexual exploitation of a child, in violation of Penal Code Section 3113, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring

☐ there is a warrant to arrest the person;

YOU ARE THEREFORE COMMANDED TO SEARCH, DURING THE DAYTIME, THE FOLLOWING LOCATIONS FOR THE FOLLOWING PROPERTY:

LOCATION #1    Naheed Anjun Mangi's residence located at 305 Euclid Ave Apt 406, Oakland, Ca 94610, see "DESCRIPTION OF LOCATION TO BE SEARCHED AND ITEMS TO BE SEIZED" attached as EXHIBIT A

AND TO SEIZE THE LISTED ITEMS and bring it/them forthwith before this court.

This Search Warrant and incorporated Affidavit was sworn to as true before me this ___14___ day of ___NOVEMBER___ 20_13_, at ___ ☐ A.M. ☒ P.M.  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: YES [ ]  NO ☒
NIGHT SEARCH APPROVED:  YES [ ]  NO ☒

(Signature of Magistrate)
Judge of the Superior Court, County of Santa Clara

**Judge Rodney J. Stafford**

1



Tr. Ex. 12-029                    MANGI000312













MANGI000314









MANGI000316

SR13-1443F





MANGI000317







Tr. Ex. 12-035

MANGI000318










anrt ©2008 Apple Inc. All rights reserved. 100-240V~, 50-60Hz, 3.0A Contains FCC ID: QDS-BRCM1(
ons. This device complies with Part 15 of the FCC Rules. Operation is subject to the following t
e must accept any interference received, including interference that may cause undesired operatior



Serial No:YM9245PF0TF
Ethernet ID:002608008B04
IMAC 20"/2.66/2X1GB/320GB/SD/MSE/KB –
CONTAINS: FCC ID:QDS–BRCM1036
ASSEMBLED IN CHINA
IC:4324A–BRCM1036
EMC NO.:2266
MODEL NO.: A1224






alifornia  Assembled in China  Model No.: A1278  Rated 16.5V ⎓ 3.65A max. Com
ns. Contains FCC ID: QDS-BRCM1055 and IC: 4324A-BRCM1055 TM and © 2010

Serial No.: C1MK5XFHDTY3





MANGI000322

SR13-1443F









Tr. Ex. 12-041                    MANGI000324



| REPORT TYPE | | | Stanford University Public | | CASE NO. | | |
|---|---|---|---|---|---|---|---|
| FRAUD | | | **EVIDENCE** | | 13-1443 | | |

"EM" EVIDENCE MISDEMEANOR     "SK" = SAFEKEEPING     "L" = LOST     "O" = OTHER     "R" = RECOVERED
"EF" EVIDENCE FELONY     "Z" = SEIZED ITEM     "FN" = FOUND     "S" = STOLEN

LOC CODES:

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM.

"L-#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7256 | | EF | | | | | | | 10 |

DESCRIPTION

Envelope containing search warrant results for AT&T IP address

LOCATION FOUND

Obtained from AT&T via Fax

Tr. Ex. 12-043

MANGI000326

| REPORT TYPE | | | | | Stanford University Public | | | CASE NO. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FRAUD** | | | | | **EVIDENCE** | | | **13-1443** | | |

"EM" EVIDENCE MISDEMEANOR      "SK" = SAFEKEEPING      "L" = LOST      "O" = OTHER      "R" = RECOVERED      LOC CODES:
"EF" EVIDENCE FELONY      "Z" = SEIZED ITEM      "FN" = FOUND      "S" = STOLEN

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM

"L #" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V " = VICTIM HOLD

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|
| 7249 | | EF | | | | | | | 10 |
| | | DESCRIPTION | | | | | | | |
| | | Compact disc containing photos of (S01)MANGI's apartment and evidence seized | | | | | | | |
| | | LOCATION FOUND | | | | | | | |
| | | Department issued camera, at (S01)MANGI's apartment | | | | | | | |
| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
| 7250 | | EF | | | | | | | 10 |
| | | DESCRIPTION | | | | | | | |
| | | Compact disc containing audio recording of knock and notice for search warrant at (S01)MANGI's | | | | | | | |
| | | LOCATION FOUND | | | | | | | |
| | | Department issued recorder, at (S01)MANGI's apartment | | | | | | | |

| REPORT TYPE | | | Stanford University Public | | CASE NO. | |
| --- | --- | --- | --- | --- | --- | --- |
| FRAUD | | | EVIDENCE | | 13-1443 | |

"EM" EVIDENCE MISDEMEANOR        "SK" = SAFEKEEPING        "L" = LOST        "O" = OTHER        "R" = RECOVERED        LOC CODES:
"EF" EVIDENCE FELONY                    "Z" = SEIZED ITEM        "FN" = FOUND        "S" = STOLEN

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM

LOC CODES:
"L-#" = LOCKER NUMBER
"R" = REFRIGERATOR
"F" = FREEZER
"V" = VICTIM HOLD

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7246 | | EF | APPLE | MACB | | C1MK5XFHDTY3 | | | 7 |
| DESCRIPTION | | | | | | | | | |
| Envelope containing Macbook Pro laptop w/ power cord taken during search warrant | | | | | | | | | |
| LOCATION FOUND | | | | | | | | | |
| (S01)MANGI's dining room table, Oakland CA | | | | | | | | | |
| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
| 7247 | | EF | SAMS | QX410 | | ZYPX93BB104473Z | | | 7 |
| DESCRIPTION | | | | | | | | | |
| Envelope containing Samsung laptop w/ power cord taken during search warrant | | | | | | | | | |
| LOCATION FOUND | | | | | | | | | |
| (S01)MANGI's living room, inside a purple backpack | | | | | | | | | |
| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | VALUE | FCN NUMBER | LOC |
| 7248 | | EF | APPLE | A1224 | | YM9245PF0TF | | | 7 |
| DESCRIPTION | | | | | | | | | |
| 20" iMac desktop computer wrapped in brown paper | | | | | | | | | |
| LOCATION FOUND | | | | | | | | | |
| (S01)MANGI's living room, next to a purple backpack | | | | | | | | | |

| OFFICER'S NAME | PROP. 115 | ID No. | DATE | SHIFT DAYS EX. 12-045 | VISOR REVIEW | ID No. | DATE MANGI000328 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| REPORT TYPE • | | | | | Stanford University Public | | CASE NO. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SUSP CIRC** | | | | | **EVIDENCE** | | 13-1443 | | | |

"EM" EVIDENCE MISDEMEANOR    "SK" = SAFEKEEPING         "L" = LOST        "O" = OTHER       "R" = RECOVERED
"EF" EVIDENCE FELONY              "Z" = SEIZED ITEM            "FN" = FOUND    "S" = STOLEN

LOC CODES:
"L-#" = LOCKER NUMBER
"R"   = REFRIGERATOR
"F"   = FREEZER
"V"  " = VICTIM HOLD

DESCRIBE PROPERTY BELOW IN THE FOLLOWING SEQUENCE: CODE, ITEM TYPE, BRAND, MODEL, COLOR, SERIAL NUMBER, VALUE, FCN NUMBER, DESCRIPTION (INC CALIBER, BLADE OR BARREL LENGTH, AND LOCATION FOUND. ALSO INCLUDE THE STORED LOCATION CODE IF SUBMITTED INTO THE PROPERTY ROOM.

| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | | VALUE | FCN NUMBER | LOC |
|---|---|---|---|---|---|---|---|---|---|---|
| 7168 | | EF | | | | | | | | 10 |
| | | DESCRIPTION | | | | | | | | |
| | | Compact disc containing audio recording of (S)MANGI's statement on telephone | | | | | | | | |
| | | LOCATION FOUND | | | | | | | | |
| | | Department issued digital recorder | | | | | | | | |
| PROPERTY ID | CODE | TYPE | BRAND | MODEL | COLOR | SERIAL NUMBER | | VALUE | FCN NUMBER | LOC |
| 7169 | | EF | | | | | | | | 10 |
| | | DESCRIPTION | | | | | | | | |
| | | Envelope containing emails from S.U. IT and Cmed IT with IP Address information | | | | | | | | |
| | | LOCATION FOUND | | | | | | | | |
| | | Via emails on department computer | | | | | | | | |

OFFICER'S NAME          PROP. 115   ID No.        DATE        SHIFT/DAY-OFF        SUPERVISOR REVIEW        ID No.        DATE

MANGI000329
PG 1 OF