

**From:** Pei-Jen Chang <peijenc@stanford.edu>
**Sent:** Monday, August 19, 2013 9:22 PM
**To:** burtonteresa <burtonteresa@praintl.com>
**Cc:** Grace Annabel Castaneda <annabelc@stanford.edu>; Mark Daniel Pegram <mpegram@stanford.edu>
**Subject:** MO27782/PI: George Sledge (former-Pegram) site#247864

Hi Teresa,

As of today, Naheed Mangi is no longer with Stanford. Our new assigned study coordinator, Annabel Castaneda (cc'd) will
be working on the Velvet study. Please send her login for database and IXRS system. Please let us know if there is anything
we can do from our end.

Thank you


**Pei-Jen Chang/Breast Oncology Research Coordinator
and Clinical Research Supervisor**
Cancer Clinical Trials Office_Stanford University
800 Welch Road Rm FC329, Stanford, CA 94304
P: 650-725-0866
F: 650-724-4042
E: peijenc@stanford.edu
Mail Code: 5748
http://cancer.stanford.edu/

**"Once you choose hope, anything's possible" ~Christopher Reeve**

1

Tr. Ex. 039-001

MANGI01811



Confidentiality Notice: This message, and any documents, files, or previous messages attached to it, may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this message in error, please immediately notify us by reply email or by telephone at (650)725-0866, and destroy the original transmission and its attachments without reading them or saving them to disk.