UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 17, 2025    **Time:** 1:44-2:01 PM    **Judge:** Edward J. Davila

**Total Time:** 17 min

**Case No.** 5:18-cr-00260 EJD    **Case Name:** *United States v. Naheed Mangi* (P) (NC)

**Attorney for Plaintiff:**    Matthew Chang

**Attorney for Defendant:**    Carleen Arlidge

**Deputy Clerk:** Cheré Robinson    **Court Reporter:** Summer Fisher

**PROCEEDINGS – MOTION HEARING**

Defendant present and not in custody. Further Hearing held on Defendant's Motion for Judgment of Acquittal and Motion for New Trial as to Count Two (ECF No. 160). Argument of Counsel heard.

For the reasons stated on the record, the Court DENIES Defendant's Rule 29 Motion.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: